UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 10TALES INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC.,<br><br>        Defendants. | Case No. 3:21-cv-03868-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY THE CASE PENDING *INTER PARTES* REVIEW**<br><br>Date:        July 27, 2021<br>Time:       2:00 p.m.<br>Courtroom: Courtroom 1<br>Judge:     Hon. Yvonne Gonzalez Rogers |

Defendants TikTok Inc.'s, TikTok Pte. Ltd.'s, ByteDance Ltd.'s, and ByteDance Inc.'s ("Defendants") Motion to Stay the Case Pending *Inter Partes* Review came for hearing before the Court on July 27, 2021. Based on the papers submitted and arguments made by counsel at the hearing, the Court finds that a stay, pending the outcome of the *inter partes* review of U.S. Patent No. 8,856,030 and any associated appeals, is justified in this case.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to stay is GRANTED and this case shall be stayed pending resolution of the *inter partes* review of U.S. Patent No. 8,856,030, including all appeals taken therefrom.

IT IS SO ORDERED.

Dated: _____           _____
                                YVONNE GONZALEZ ROGERS
                                United States District Judge