UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10TALES INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., AND BYTEDANCE INC.,<br><br>　　　　Defendants. | Case No.: 21-CV-03868-YGR<br><br>ORDER DENYING MOTION TO STAY<br><br>Re Dkt. No. 96. |

　　　Pending before the Court is defendants' motion to stay. (Dkt. No. 96.) The Court understands from the parties' joint status report filed August 27, 2021 that the Patent Trial and Appeal Board ("PTAB") denied defendants' petition for *inter partes* review and that defendant is now seeking a rehearing of the PTAB's decision. Given the unlikelihood of the PTAB granting defendant's request for rehearing, the Court **DENIES WITHOUT PREJUDICE** defendants' motion to stay. Should the PTAB grant defendants' rehearing request, defendants may file an amended motion to stay within twenty-one (21) days of the order.

　　　The Court hereby sets an initial case management conference for **MONDAY, OCTOBER 25, 2021**. Parties are to file a joint CMC statement by Monday, October 18, 2021.

　　　This Order terminates docket number 96.

　　　**IT IS SO ORDERED**.

Dated:　September 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE