1  Andrew M. Hutchison (SBN 289315)
   COZEN O'CONNOR
2  101 Montgomery Street, Suite 1400
   San Francisco, California 94104
3  Tel:    415-593-9625
   Fax:    415-692-3514
4  Email: ahutchison@cozen.com

5  Barry Golob (*Pro Hac Vice*)
   Thomas J. Fisher (*Pro Hac Vice*)
6  COZEN O'CONNOR
   1200 19TH Street, NW
7  Washington, DC 20036
   Tel:    202-912-4800
8  Fax:    202-861-1905
   Email: bgolob@cozen.com
9          tfisher@cozen.com

10
   William E. Davis, III (*Pro Hac Vice*)
11 Rudolph (Rudy) Fink IV (*Pro Hac Vice*)
   THE DAVIS FIRM, PC
12 213 N. Fredonia Street, Suite 230
   Longview, Texas 75601
13 Tel:    903-230-9090
   Fax:    903-230-9661
14 Email: bdavis@davisfirm.com
           rfink@davisfirm.com
15
   Attorneys for Plaintiff
16 10TALES, INC.

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

19

| 10TALES, INC., | Case No.: 4:21-cv-03868-YGR |
|---|---|
| Plaintiff, | **PLAINTIFF 10TALES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS** |
| v. | |
| TIKTOK INC., TIKTOK PTE. LTD. BYTEDANCE LTD., AND BYTEDANCE INC., | Date:       February 15, 2022<br>Time:       2:00 p.m.<br>Courtroom: 1 – 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers |
| Defendants. | |
| | [Filed Concurrently with Opposition and Declaration of Andrew M. Hutchison] |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff 10Tales, Inc. ("10Tales") hereby requests, pursuant to Federal Rules of Evidence 201, that this Court take judicial notice of the following documents in support of 10Tales' Opposition to Defendants' Second Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101.

**Exhibit 1**: Excerpts from a true and correct certified copy of the file history of U.S. Patent Application No. 10/819,514, which issued as U.S. Patent No. 8,856,030 obtained from the United States Patent and Trademark Office. *See, e.g., Genentech, Inc. v. Chiron Corp.*, 112 F.3d 495, 497 n.1 (Fed. Cir. 1997) (taking judicial notice of the entire Board of Patent Appeals and Interferences record because, among other reasons, the record is a public record and "thus capable of accurate and ready determination by resort to unquestionable sources."); *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1030-31 (9th Cir. 2008) (on deciding a motion to dismiss, it is proper for the court to consider "allegations contained in the pleadings, exhibits attached to the complaint, and matters properly subject to judicial notice.").

Respectfully submitted,

Dated: January 20, 2022

COZEN O'CONNOR

By: /s/ Andrew M. Hutchison
Barry Golob
Thomas Fisher
Andrew M. Hutchison

THE DAVIS FIRM PC
William E. Davis, III
Rudolph (Rudy) Fink IV

Attorneys for Plaintiff
10Tales, Inc.