Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 370
Los Angeles, California  90017
Tel:     213-892-7933
Fax:     213-892-7999
Email: ndooley@cozen.com

Barry P. Golob (*Pro Hac Vice*)
Thomas J. Fisher (*Pro Hac Vice*)
COZEN O'CONNOR
1200 19TH Street, NW
Washington, DC 20036
Tel:     202-912-4800
Fax:     202-861-1905
Email: bgolob@cozen.com
        tfisher@cozen.com

William E. Davis, III (*Pro Hac Vice*)
Rudolph (Rudy) Fink IV (*Pro Hac Vice*)
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Tel:     903-230-9090
Fax:     903-230-9661
Email: bdavis@davisfirm.com
        rfink@davisfirm.com

Attorneys for Plaintiff
10TALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 10TALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., AND BYTEDANCE INC., <br><br> Defendants. | Case No.: 4:21-cv-03868-YGR <br><br> **PLAINTIFF'S REVISED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3** <br><br> Judge:  Honorable Yvonne Gonzalez Rogers |

**10Tales Statement**

Pursuant to § 2(d) of the Court's Standing Order for Patent Cases (Revised January 31, 2022), Plaintiff 10Tales, Inc. ("10Tales") hereby submits this Revised Joint Claim Construction and Prehearing Statement.  With this Revised Statement, 10Tales corrects a scrivener's error in its proposed construction of the claim term "display server."  The only revision to the Joint Claim Construction and Prehearing Statement filed with the Court on March 28, 2022, is that 10Tales has revised its Proposed Construction of the term "display server" in Exhibit A to the Joint Claim Construction statement from "server-side software that provides digital media content to *server*" to "server-side software that provides digital media content to a *client*," as briefed in 10Tales' Opening Claim Construction Brief [Dkt. No. 167] filed May 27, 2022.  No further changes to the March 28, 2022, Statement have been made.

**Joint Claim Construction and Prehearing Statement**

Plaintiff 10Tales, Inc. ("10Tales") and Defendants TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. (collectively, "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement pursuant to the Court's Standing Order for Patent Cases, and Patent L.R. 4-3.

**I.      Claim Terms on Which the Parties Agree (Patent L.R. 4-3(a))**

The parties have been unable to reach agreement on any of the claim terms in dispute.

**II.     Disputed Terms and Supporting Evidence (Patent L.R. 4-3(b))**

The parties have identified (in Exhibit A) a total of 10 disputed terms from claim 1 of U.S. Patent No. 8,856,030 ("the '030 patent," attached hereto as Exhibit B) that they believe will be most significant to resolution of the case.  Exhibit A to this statement sets forth (a) the claim terms from the '030 patent for which the parties have not agreed on a construction, (b) each party's proposed construction for those terms, (c) references from the specification or prosecution history that each party contends support its proposed construction, and (d) extrinsic evidence known to each party on which it may rely either to support its proposed construction or to oppose the other party's proposed construction.

**III.    Most Significant and Dispositive Terms (Patent L.R. 4-3(c))**

The parties together propose ten disputed terms for construction.  Exhibit A thus identifies all the terms that are proposed and are most significant to the resolution of the case.  The parties understand that one or both parties contend that the constructions of one or more of these terms may be case dispositive, depending on how the terms are construed and have provided impact statements for the disputed terms in Exhibit A.

**IV.    Length of Time for the Claim Construction Hearing (Patent L.R. 4-3(d))**

The parties anticipate that 3 hours will be necessary for the Claim Construction Hearing.

**V.    Witnesses to be Called at the Claim Construction Hearing (Patent L.R. 4-3(e))**

The parties have identified expert witnesses and will exchange declarations setting forth these witnesses' testimony and opinions on or before March 28, 2022, with depositions anticipated to be completed by April 27, 2022.  The parties do not expect to call any expert witness to present live testimony at the hearing.

**VI.    Identification of Any Factual Findings Requested from the Court Related to Claim Construction (Patent L.R. 4-3(f))**

The parties do not currently anticipate requesting any factual findings from the Court related to claim construction.

Respectfully submitted,

Dated:  May 31, 2022                COZEN O'CONNOR


By:       */s/ Nathan Dooley*
          Nathan Dooley
          Barry P. Golob
          Thomas J. Fisher

          THE DAVIS FIRM PC
          William E. Davis, III
          Rudolph (Rudy) Fink IV

          *Attorneys for Plaintiff 10Tales, Inc.*

-3-                                Case No. 4:21-cv-03868-YGR

PLAINTIFF'S REVISED JOINT CLAIM CONSTRUCTION STATEMENT AND
PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3