UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 10TALES, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>TIKTOK INC., et al.,<br><br>    Defendants. | Case No.  21-cv-03868-VKD<br><br>**ORDRE RE PATENT TRIAL AND APPEAL BOARD'S DECISION**<br><br>Re: Dkt. No. 201 |

Defendants have filed a notice regarding the Patent Trial and Appeal Board's denial of rehearing regarding U.S. Patent No. 8,856,030.  (Dkt. No. 201).  Defendants are requested to re-file their notice appending the referenced decision.

**IT IS SO ORDERED.**

Dated: December 12, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge