Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 370
Los Angeles, California  90017
Tel:    213-892-7933
Fax:   213-892-7999
Email: ndooley@cozen.com

Barry Golob (*Pro Hac Vice*)
Thomas J. Fisher (*Pro Hac Vice*)
COZEN O'CONNOR
1200 19TH Street, NW
Washington, DC 20036
Tel:    202-912-4800
Fax:   202-861-1905
Email: bgolob@cozen.com
           tfisher@cozen.com

William E. Davis, III (*Pro Hac Vice*)
Rudolph (Rudy) Fink IV (*Pro Hac Vice*)
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Tel:    903-230-9090
Fax:   903-230-9661
Email: bdavis@davisfirm.com
           rfink@davisfirm.com

Attorneys for Plaintiff
10TALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10TALES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC., TIKTOK PTE. LTD. BYTEDANCE LTD., AND BYTEDANCE INC.,<br><br>Defendants. | Case No.: 5:21-cv-03868-VKD<br><br>**PLAINTIFF 10TALES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         October 31, 2023<br>Time:        10:00 a.m.<br>Courtroom: 2 – 5th Floor<br>Judge:       Hon. Virginia DeMarchi<br><br>[Filed Concurrently with Opposition and Declaration of Nathan Dooley] |

**REQUEST OR JUDICIAL NOTICE**

Plaintiff 10Tales, Inc. ("10Tales") hereby requests, pursuant to Federal Rules of Evidence 201, that this Court take judicial notice of the following documents in support of 10Tales' Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(c) and 35 U.S.C. § 101.

Under Federal Rule of Evidence 201, a court may take judicial notice, either on its own accord or by a party's request, of facts that are not subject to reasonable dispute because they are: "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. "Judicial notice is appropriate for records and reports of administrative bodies." *United States v. 14.02 Acres of Land More or Less in Fresno Cty*., 547 F.3d 943, 955 (9th Cir. 2008) (internal citations omitted). This includes records issued by the USPTO, such as a patent's prosecution history. *See Wi-LAN Inc. v. LG Elecs., Inc.*, 382 F. Supp. 3d 1012, 1027-28 (S.D. Cal. 2019) (collecting supporting cases).

**Exhibit 1**: Excerpts from a true and correct copy of the certified file history of U.S. Patent No. 8,856,030 obtained from the United States Patent and Trademark Office. *See, e.g., Genentech, Inc. v. Chiron Corp.*, 112 F.3d 495, 497 n.1 (Fed. Cir. 1997) (taking judicial notice of the entire Board of Patent Appeals and Interferences record because, among other reasons, the record is a public record and "thus capable of accurate and ready determination by resort to unquestionable sources."); *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d 1025, 1030-31 (9th Cir. 2008) (on deciding a motion to dismiss, it is proper for the court to consider "allegations contained in the pleadings, exhibits attached to the complaint, and matters properly subject to judicial notice.").

Respectfully submitted,

Dated: October 3, 2023                COZEN O'CONNOR

By:  */s/ Thomas J. Fisher*
Barry Golob
Thomas J. Fisher
Nathan Dooley

THE DAVIS FIRM PC
William E. Davis, III
Rudolph (Rudy) Fink IV

*Attorneys for Plaintiff*
*10Tales, Inc.* [1]

---

[1] Each signatory concurred in the filing of this document.